NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

NO. 30579

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

Electronically Filed
Intermediate Court of Appeals
30579
28-SEP-2010
05:44 PM

CECILIA A. DUROCHER, Petitioner-Appellee, v.
CECILIA V. DUROCHER, Respondent-Appellant

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-DA NO. 09-1-2763)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Fujise, Presiding Judge, Leonard and Ginoza, JJ.)

Upon consideration of Respondent-Appellant Cecilia V. Durocher's Motion to Dismiss Appeal and the records and files herein, it appears that Appellant wishes to dismiss her own appeal. Therefore,

IT IS HEREBY ORDERED that the motion is granted, and this appeal is dismissed. The parties shall bear their own appellate costs and fees.

DATED: Honolulu, Hawai'i, September 28, 2010.

Presiding Judge

Associate Judge

Associate Judge